IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RONALD HUTCHESON                                              PLAINTIFF

v.                          Civil No. 08-5002

BENTON COUNTY SHERIFF'S
DEPARTMENT                                                    DEFENDANT

### ORDER

RONALD HUTCHESON submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. The matter of service will be determined at a later time.

IT IS SO ORDERED this 28 day of December 2007.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 0 4 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

AO72A
(Rev. 8/82)