IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RONALD HUTCHESON                                                                                    PLAINTIFF

v.                                    Civil No. 08-5002

BENTON COUNTY SHERIFF'S
DEPARTMENT                                                                                          DEFENDANT

**O R D E R**

Plaintiff's complaint is before the court to determine if service of process should issue. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Ronald Hutcheson, complete and sign the attached addendum to his complaint, and return the same to the court **by April 10, 2008. Plaintiff is advised that should he fail to return the completed and executed addendum by April 10, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 19th day of March 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RONALD HUTCHESON                                                                    PLAINTIFF

    v.                              Civil No. 08-5002

BENTON COUNTY SHERIFF'S
DEPARTMENT                                                                          DEFENDANT

## ADDENDUM TO COMPLAINT

TO: RONALD HUTCHESON

    This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendant. Accordingly, it is required that you fill out this form and send it back to the court **by April 10, 2008.** Failure to do so will result in the dismissal of your complaint.

    The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

    In your complaint, you allege that your rights were violated when you were arrested and charged with possession of firearms, possession of a controlled substance with intent to deliver, and making a false police report. Prior to your arrest, you indicate you found out the people you were living with were selling drugs and you had contacted a Detective Ray with the Rogers Police Department asking for help with the situation. The day of your arrest, you indicate you had called 911 repeatedly asking for help from Detective Ray. You state you were in fear for

-2-

your life and had locked yourself in the bathroom. Despite this, you indicate the Benton County Sheriff's Department showed up and arrested you and the woman you were living with.

Following your arrest, you indicate you remained in jail for a period of time. Eventually, you indicate the criminal charges were dropped. However, you indicate while you were being held in jail you lost nearly all of your belongings.

1. Provide the date of your arrest. (In answering, be specific).

Answer:

_____

_____

_____

_____

2. You have named the Benton County Sheriff's Department as a defendant. The department itself is a building not subject to suit. Did you want to name the Sheriff, the arresting officer, or some other individual as a defendant?

Answer: Yes _____ No _____.

If you answered yes, please provide the name of each individual you want to name as a defendant and state how you believe he or she violated your federal constitutional rights.

_____

_____

_____

_____

3. What time were you arrested?

Answer:

_____

_____

_____

_____

_____

    4. Was a warrant for your arrest issued?

    Answer: Yes _____ No _____.

    Explain your answer.

_____

_____

_____

    5. How long were you incarcerated following your arrest?

    Answer:

_____

_____

_____

_____

    6. You indicate the charges were dropped a year and a half later.  Please explain how or why the charges were dropped.

    Answer:

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

      7.  You indicate the woman you lived with took your belongings while you were in jail. Please explain how this was the fault of the Benton County Sheriff's Department.

      Answer:

_____

_____

_____

_____

_____

_____

_____

      8.  Prior to your arrest had you provided Detective Ray information regarding the person you were living with?

      Answer:

-5-

_____

_____

_____

_____

_____

9.  What is the name of the woman you were living with and providing information on?

Answer:

_____

_____

_____

_____

_____

10.  You indicate she was arrested the same day you were.  Was she convicted of drug related offenses after her arrest that day?

Answer:  Yes _____ No \_\_\_\_\_.

Explain your answer.

_____

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

      11. After your arrest, did Detective Ray inform the Benton County Sheriff's Department or prosecuting attorney that you had been in contact with him.

Answer: Yes _____ No _____.

Explain your answer.

_____

_____

_____

_____

_____

      I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                              _____
                                              RONALD HUTCHESON

                                              _____
                                              DATE