IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RONALD HUTCHESON                                                                           PLAINTIFF

    v.                                          Civil No. 08-5002

SHERIFF KEITH FERGUSON; and
DEPUTY STEVE METHAWAY                                                                DEFENDANTS

**O R D E R**

Upon review of the addendum (Doc. 5), it appears the correct name of the defendant listed on the docket sheet as Steve Methaway is Steve Metheney. The court clerk is directed to note on the docket sheet that the defendant's name is Steve **Metheney** not Steve Methaway.

IT IS SO ORDERED this 13th day of June 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

**AO72A**
**(Rev. 8/82)**