```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**RONALD HUTCHESON**                                              **PLAINTIFF**

**v.**                         **Civil No. 08-5002**

**SHERIFF KEITH FERGUSON; and**
**DEPUTY STEVE METHENEY**                                       **DEFENDANTS**

### O R D E R

Now on this 28th day of August, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #25, filed July 14, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' motion for summary judgment (doc. #19) is hereby **granted and this case is dismissed with prejudice.**

**IT IS SO ORDERED.**

                                              **/s/Jimm Larry Hendren**
                                              **HON. JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**